■ VINCENT LOCASIO et al., Appellants, v ASTORIA BUS CO. et al., Respondents. [654 NYS2d 608] —In a negligence action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Kings County (Dowd, J.),

dated January 8, 1996, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

After the defendants made out a prima facie case for summary judgment, the plaintiffs failed to raise a triable issue of fact (CPLR 3212 [b]) as to whether the plaintiff Vincent Locasio sustained a serious injury as defined by Insurance Law § 5102 (d). Rosenblatt, J. P., Copertino, Pizzuto, Krausman and Florio, JJ., concur.